**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

**v.**

**BERNARD SETON GRIMM**

\*    IN THE

\*    COURT OF APPEALS

\*    OF MARYLAND

\*    Misc. Docket AG No. 21

\*    September Term, 2021

## O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Bernard Seton Grimm, pursuant to Maryland Rule 19-736, in which the Respondent admits that he violated Rule 1.15(a) (safekeeping property) of the Maryland Lawyers' Rules of Professional Conduct, it is this 17th day of August 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Bernard Seton Grimm, be, and he hereby is, disbarred from the practice of law in the State of Maryland, effective September 1, 2021; and it is further

**ORDERED**, that, on September 1, 2021, the Clerk of this Court shall strike the name of Bernard Seton Grimm from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk